450 A.2d 228

Washington Nat'l Ins. Co. v. Jonnet Dev.
Corp., Appellant.

Petition for Allowance of Appeal
Denied Dec. 15, 1982.

Argued April 14, 1980. David Abrams, for appellant; Lawrence N. Ravick, for appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

The appeal at No. 1498 April Term, 1978 is quashed.  The judgment appealed at No. 1570 April Term, 1978 is affirmed on the comprehensive opinion of the Honorable Eunice Ross.